Metro-Goldwyn-Mayer Corporation, Appellant, v. Irving Berlin, Inc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of 1556 Broadway Corporation and Bond Stores, Inc., Respondents, against William E. Walsh and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order reversed, with twenty dollars costs and disbursements, the order of certiorari dismissed and the determination of the board of standards and appeals confirmed. Petitioners' use of that portion of the building where articles of clothing are altered and finished constitutes it a factory within the provisions of the Labor Law. (Goetz v. Duffy, 215 N. Y. 53; Irwin v. Franklin Simon Co., 232 id. 613; Lieberman v. Van Gaasbeck, 223 id. 640; Ursprung v. Winter Garden Co., 183 App. Div. 718.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.

Shepard Barclay, Appellant, Respondent, v. Ely Culbertson and Another, Respondents, Appellants.— Order so far as appealed from affirmed, without costs, with leave to the defendants to serve an amended answer within twenty days from service of order upon payment of the costs awarded to plaintiff by the order appealed from. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Tietjen & Steffen Co., Inc., Respondent, v. Hershey Creamery Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Minnie Fichtel, Respondent, v. August Fichtel, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

May G. Schoonmaker and Others, Respondents, v. Carl Byoir, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

O. G. Drake and Others, Respondents, v. Charles R. Leonard and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

Rachel Oka, an Infant, by Lillian Oka, Her Guardian ad Litem, Appellant, v. Robert H. Minton and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.

Didiato Morrillo, Respondent, v. Harlem Savings Bank, Defendant, Impleaded with Anna Esposito, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Untermyer, JJ.